JOSEPH L. LYNCH ET AL. *v.* GRANBY HOLDINGS, INC.
GRANBY HOLDINGS, INC. *v.* DANIEL L. LYNCH

The petition of Granby Holdings, Inc., for certification for appeal from the Appellate Court, 32 Conn. App. 574 (AC 11222), is granted, limited to the following issue:

"Whether the Appellate Court was correct under the circumstance of this case in holding that a jury finding for the plaintiff Daniel Lynch, together with an award of zero damages, was required to be set aside and remanded for a new trial?"

The Supreme Court docket number is SC 14868.

*Andrea A. Hewitt,* in support of the petition.

*Timothy Brignole,* in opposition.

Decided December 3, 1993

STATE OF CONNECTICUT *v.* ANTHONY HARRIS

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 831 (AC 11325), is granted, limited to the following issue:

"Was the Appellate Court correct in finding that a defendant who seeks a new trial based on jury misconduct must prove that he was actually prejudiced by the jury's use of extrinsic evidence during deliberations?"

The Supreme Court docket number is SC 14867.

*Donald Dakers,* special public defender, in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided December 3, 1993